IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case Number 14-9024 |
| v. | |
| DWAYNE BACON, | Honorable Anthony R. Mautone |
| Defendant. | |

**ORDER CORRECTING A SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(a)**

AND NOW, this 23rd day of October, 2014, upon consideration of Defendant Dwayne Bacon's motion to correct sentence, pursuant to Federal Rule of Criminal Procedure 35(a), it is hereby ORDERED that this motion is GRANTED. The sentence of probation will be excised from the judgment.

_____
HONORABLE ANTHONY R. MAUTONE
United States Magistrate Judge